IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DR. JOSEPH A. MAYERCHECK, ) | |
| ) | Civil Action No. 08 - 1112 |
| Plaintiff, ) | |
| ) | Judge Gary L. Lancaster/ |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| JUDGES OF THE PENNSYLVANIA ) | |
| SUPREME COURT, et al, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

Plaintiff initiated this action by filing his Complaint (Doc. No. 1) with the Clerk of Court on August 8, 2008. Judge Lancaster was named the presiding judge on February 2, 2009, and the case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 37), filed on July 13, 2009, recommended that the Motions to Dismiss (Doc. Nos. 8, 23 and 29) be granted and Plaintiff's claims be dismissed, with prejudice. Service was made on the Plaintiff via United States mail to his address of record and electronically on counsel for the Defendants. The parties were informed that in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. Plaintiff filed timely Objections to the Report and Recommendation (Doc. No. 37) on July 23, 2009. The objections are found to be without merit. After review of the pleadings and the documents in the

case, together with the report and recommendation and the objections thereto, the following order is entered:

**AND NOW**, this 14th day of August, 2009;

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (Doc. No. 8) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. No. 29) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 37) of Magistrate Judge Lenihan, dated July 13, 2009, is adopted as the opinion of the court.

Judge Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan
U.S. Magistrate Judge

Joseph A. Mayercheck
10 Thomas Jefferson Court
Irwin, PA 15642

Counsel of record.

2